KIM R. WILSON (3512)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah  84145-5000
Telephone: (801) 521-9000
Facsimile:  (801) 363-0400
Email:  krw@scmlaw.com

*Attorneys for Kim R. Wilson and*
*The Kim R. Wilson IRA*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>          Plaintiff,<br>     v.<br><br>AMERICAN PENSION SERVICES, INC., and CURTIS L. DeYOUNG,<br><br>          Defendants, | **APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE**<br><br>Case No. 2:14-cv-00309-RJS-DBP<br><br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Read<br><br>[Filed Electronically] |

Kim R. Wilson and the law firm of Snow, Christensen & Martineau hereby enter their appearance as counsel for Kim R. Wilson and the Kim R. Wilson IRA, and request that they be added to the mailing list in the above-referenced proceeding, further that they receive notice of all future hearings, copies of all pleadings, and mailings therein, at the following address:

> Kim R. Wilson
> SNOW, CHRISTENSEN & MARTINEAU
> 10 Exchange Place, Eleventh Floor
> P. O. Box 45000
> Salt Lake City, UT 84111

DATED this 20th day of October, 2014.

          SNOW, CHRISTENSEN & MARTINEAU

           /s/ Kim R. Wilson
          Kim R. Wilson (krw@scmlaw.com)
          SNOW, CHRISTENSEN & MARTINEAU
          10 Exchange Place, Eleventh Floor
          Post Office Box 45000
          Salt Lake City, Utah  84145-5000
          Telephone: (801) 521-9000

## CERTIFICATE OF SERVICE

     I certify that on this 20th day of October, 2014 copies of the foregoing **APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE**, which was filed electronically, were served upon all parties receiving notice via the Court's ECF System.

                                       /s/ Kim R. Wilson