Mark R. Gaylord (#5073)
Melanie J. Vartabedian (#10148)
Tesia N. Stanley, Esq. (#13367)
Scott S. Humphreys (*admitted pro hac vice*)
BALLARD SPAHR LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111-2221
Telephone:  (801) 531-3000
Facsimile:  (801) 531-3001
gaylord@ballardspahr.com
vartabedianm@ballardspahr.com
stanleyt@ballardspahr.com
humphreys@ballardspahr.com

*Attorneys for Court-Appointed Receiver,
Diane A. Thompson*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>           **Plaintiff,**<br><br>vs.<br><br>**AMERICAN PENSION SERVICES, INC.,** a Utah corporation, and **CURTIS L. DeYOUNG,** an individual,<br><br>           **Defendants.** | **NOTICE OF FILING RESPONSES TO PROPOSED PLAN OF LIQUIDATION AND CATEGORY DESIGNATION SPREADSHEET OF CLIENT RESPONSES** *IN CAMERA*<br><br>**Case No.:  2:14-CV-00309-RJS-DBP**<br><br>**Judge Robert J. Shelby**<br>**Magistrate Judge Dustin B. Pead** |

Diane A. Thompson, Court-Appointed Receiver (the "Receiver") of American Pension Services, Inc. ("APS"), hereby submits this Notice of Filing Responses to Proposed Plan of Liquidation ("Responses") and Category Designation Spreadsheet of Responses ("Spreadsheet") *In Camera*.

The Responses and Spreadsheet contain confidential and personal information concerning APS clients.  Specifically, the Responses themselves are not redacted and contain the APS client name and response to the Plan.  In some cases, the Responses contain details about the APS client's investments.  The Spreadsheet summarizes all Responses received and contains the APS client's name, account number, account balance as of April 25, 2014, cash balance as of April 25, 2014, and category to which the Response was designated by the Receiver.  Due to the confidential, personal and sensitive information contained in the Responses and Spreadsheet, the Receiver is providing them to the Court *in camera*.

The Receiver also files concurrently herewith on the Court's electronic filing system a Summary of Responses to Receiver's Proposed Plan of Liquidation ("Summary").  The Summary does not contain any confidential, personal or sensitive information about APS clients and thus, is being filed electronically and is publically available.

DATED this 4th day of November 2014.

/s/ Melanie J. Vartabedian
Mark R. Gaylord, Esq.
Melanie J. Vartabedian, Esq.
Tesia N. Stanley, Esq.
Scott S. Humphreys, Esq. (*admitted pro hac vice*)
BALLARD SPAHR LLP
Attorneys for Court-Appointed Receiver, Diane A. Thompson

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2014, I caused a true and correct copy of the foregoing **NOTICE OF FILING RESPONSES TO PROPOSED PLAN OF LIQUIDATION AND CATEGORY DESIGNATION SPREADSHEET OF CLIENT RESPONSES** *IN CAMERA* to be delivered as follows:

[ X ] Through the CM/ECF System for the U.S. District Court

[  ] Hand Delivery

[  ] U.S. Mail, postage prepaid

[  ] E-mail:  wadleyd@sec.gov; moric@sec.gov; feindtp@sec.gov; pmoxley@djplaw.com; tburns@djplaw.com; rpahnke@djplaw.com; jchandler@djplaw.com; judsonpitts@hotmail.com; judson@wimmerpitts.com; gbh@pkhlawyers.com; dleta@swlaw.com; ahardenbrook@swlaw.com; john@johnbagleylaw.com; krw@scmlaw.com; markjgregersen@hotmail.com

> Daniel J. Wadley, Esq.
> Cheryl M. Mori, Esq.
> Paul N. Feindt, Esq.
> SECURITIES & EXCHANGE COMMISSION
> 351 S. West Temple, Suite 6.100
> Salt Lake City, UT 84101
>
> Paul T. Moxley, Esq.
> Thomas J. Burns, Esq.
> Z. Ryan Pahnke, Esq.
> Joshua D. Chandler, Esq.
> DURHAM JONES & PINEGAR
> 111 East Broadway, Suite 900
> Salt Lake City, UT 84111
>
> Judson T. Pitts, Esq.
> WIMMER & PITTS, P.C.
> 11651 S. Harvest Rain Ave.
> South Jordan, UT 84095

George B. Hofmann, IV, Esq.
PARSONS KINGHORN HARRIS
111 E. Broadway 11th Fl.
Salt Lake City, UT 84111

David E. Leta, Esq.
Andrew V. Hardenbrook, Esq.
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101

John P. Bagley, Esq.
BAGLEY LAW, PC
308 East 4500 South, Suite 175
Salt Lake City, UT 84107

Kim R. Wilson, Esq.
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, UT 84145-5000

Mark J. Gregersen, pro se
10 West Broadway, Suite 505
Salt Lake City, UT 84101

/s/ Lori D. Brown