# CATEGORY KEY FOR

# RESPONSES TO PROPOSED PLAN OF LIQUIDATION

1. Supportive of Plan/No objection

2. Account exempt from fraud/allocation of loss

    a. Account opened after fraud occurred

    b. Account opened shortly before receivership

    c. Money only in commingled account for very short period of time

    d. Cash to specified investment

    e. Request tracing approach. Did not invest in a nefarious/tainted investment

    f. Funded in kind.  Never cash

    g. 401k plan never in comingled account

    h. Other

3. Objection to allocation of loss

    a. Objects to 10% allocation

    b. Former clients should share in loss

    c. Loss should only be allocated to clients with cash

    d. Amend formula and consider time with APS and account size

    e. Refuses to sell property to meet loss allocation requirement

    f. Other

4. Valuation incorrect

    a. Non-recourse

    b. Write down request (past) refused by APS

    c. Write down request (current) (due to worthless or lower value than listed)

    d. Foreign currency--method of valuation

    e. Other

5. IRS treatment of loss allocation

6. Objects to fees

    a. Management fees

    b. Administrative fees (Receiver)

7. Comments/questions re new administrator and purchase agreement

8. Other avenues for recovery

    a. First Utah Bank

    b. Insurance

    c. Other

9. Other/Misc.

    a. SEC liable for recent losses – should have let people know investigating

    b. Requests additional information

10. Curtis DeYoung