# Exhibit A

| IAL VOUCHER | | | | No. 17340 | |
|---|---|---|---|---|---|
| HICKMAN LAND TITLE | | ACCOUNT NO. 13526-9-09 | DATE 6-29-87 | | |
| DEBIT | | | | CREDIT | POSTED |
| 15000 | 00 | CASH | 7320 | 15000 | 00 |
| | | SHARES 9020 v | | | |
| | | LOANS (NOTE NO. _____) #2388 1500.00 | | | |
| | | INTEREST 2387 3500.00 | | | |
| | | MO. PAYMENT _____ % RATE 4 | | | |
| | | SHARES PLEDGED _____ PURPOSE CODE _____ | | | |
| | | EXPENSE CONTROL | | | |
| | | EXPENSE CONTROL | | | |
| | | OTHER | | | |
| | | TOTAL | | | |
| D J.C.P. | | POSTED ck | APPROVED OR AUTHORIZED BY member    RECEIVED BY | | |

UTAH C.V. FEDERAL CREDIT UNION
SALT LAKE CITY, UTAH 84110