# EXHIBIT 1

**Index of Responses to Proposed Plan of Liquidation**

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 1. | 5525 | | 3a, 3e, 4c, 6 |
| 2. | 11758<br>11742 | | 1, 3c, 4, 5 |
| 3. | 13210 | | 2c |
| 4. | 14456 | | 3a, 4c, 6a, 7 |
| 5. | 8697 | | 3b, 7 |
| 6. | 11975 | | 1, 2c, 3a |
| 7. | 11107 | | 1, 6, 8a, 8c, 10 |
| 8. | Blank | | |
| 9. | Blank | | |
| 10. | 14707<br>14708 | | 4a |
| 11. | 9265 | | 1, 8a |
| 12. | 13307 | | 3b, 3e, 5, 6a, 7, 8a |
| 13. | 14524<br>14523 | | 3b |
| 14. | 8246 | | 1, 3e, 3f |
| 15. | 10139 | | 1, 3e, 3 |
| 16. | Blank | | |
| 17. | 12681 | | 3a, 3c |
| 18. | 8106 | | 4b |
| 19. | 5320 | | Duplicate<br>Tab #396 |
| 20. | 14536 | | 2c, 3b, 3d, 9 |
| 21. | 10689 | | 2e, 5 |

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 22. | 14487 | | 1 |
| 23. | 13056<br>8721 | | 2f |
| 24. | 8720<br>13057 | | 2f |
| 25. | 7797 | | 2e |
| 26. | 12550 | | 1 |
| 27. | 11627 | | 1, 10 |
| 28. | 11628 | | 1, 10 |
| 29. | Blank | | |
| 30. | 11771<br>13202<br>11772 | | 1, 9 |
| 31. | 8635 | | 4e |
| 32. | 8759 | | 4e |
| 33. | 14188 | | 2a, 3a, 3b, 3e, 8 |
| 34. | Blank | | |
| 35. | 7924 | | 4b |
| 36. | 6849 | | 1 |
| 37. | 12728 | | 2d, 9 |
| 38. | 6579 | | 1, 4c |
| 39. | 7253 | | 4a, 4b |
| 40. | 11379 | | 4a, 4b |
| 41. | 11468 | | 4a, 4b |
| 42. | 6490 | | 4c |

2

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 43. | 11371 | | 1, 7, 2g |
| 44. | 14879 | | 2a, 9 |
| 45. | Blank | | |
| 46. | 13685 | | 1, 9b |
| 47. | 12333 | | 4e |
| 48. | 12362 | | 1, 9b |
| 49. | 12327 | | 1, 9b |
| 50. | Blank | | |
| 51. | 14051 | | 4d |
| 52. | Blank | | |
| 53. | Blank | | |
| 54. | 11467 | | 9 |
| 55. | 14830 | | 9b |
| 56. | 14545 | | 9 |
| 57. | 13815 | | 4d |
| 58. | 9054 | | 4e |
| 59. | 5972<br>12060 | | 1 |
| 60. | 12061<br>5971 | | 1 |
| 61. | 5758 | | 7, 10 |
| 62. | 13872 | | 2d, 4c |
| 63. | 13078 | | 9 |

DMWEST #11486543 v1

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 64. | 11371 | | Duplicate Tab #43 |
| 65. | 6567 | | 3b, 3c, 5, 8b |
| 66. | 14835 | | 2c |
| 67. | 11930 | | 4c |
| 68. | 13015 | | 1, 9 |
| 69. | 14329 | | 1, 9, 10 |
| 70. | 9524 | | 9, 10 |
| 71. | 11593 | | 2d, 2e |
| 72. | 14707 14708 | | Duplicate Tab #10 |
| 73. | 13922 | | 1 |
| 74. | 14118 | | 1, 9 |
| 75. | 11708 12793 | | 1 |
| 76. | 12286 | | 9 |
| 77. | 7243 | | 6a, 4c |
| 78. | 11200 | | 4c |
| 79. | 14018 | | 6a, 9 |
| 80. | 10602 | | 2g |
| 81. | 20305 | | Duplicate Tab #154 |
| 82. | 7780 | | 1, 9 |
| 83. | 13264 | | 2d, 2e, 3e |

4

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 84. | 14069 | | 2d, 9 |
| 85. | 8154<br>8155 | | 1, 4b |
| 86. | 8117<br>8152<br>8153 | | 1, 4b |
| 87. | 12750 | | 1, 9 |
| 88. | 11994 | | 1 |
| 89. | 6099 | | 1 |
| 90. | 10834 | | 1, 2c, 7 |
| 91. | 13768 | | 9 |
| 92. | 14937 | | 2b |
| 93. | 14641 | | 9 |
| 94. | 10642 | | 9b |
| 95. | 11627 | | Duplicate<br>Tab #27 |
| 96. | 13515 | | 1 |
| 97. | 13296 | | 9b |
| 98. | 13565<br>12074 | | 2d |
| 99. | 10231 | | Duplicate<br>Tab #222 |
| 100. | 10230 | | Duplicate<br>Tab #222 |
| 101. | 13362 | | 4c |
| 102. | 9376 | | 1, 9b |

DMWEST #11486543 v1

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 103. | 10247 | | 2e, 8a, 8c |
| 104. | 6776 7016 | | 1 |
| 105. | 12980 7010 | | 1 |
| 106. | 14534 | | 1 |
| 107. | 14485 | | 1 |
| 108. | 8673 | | 4c |
| 109. | 12143 | | 1, 4c |
| 110. | 3401 | | 1 |
| 111. | 5897 13630 2803 | | 1 |
| 112. | 12795 | | 2d, 3b, 5, 8a |
| 113. | 13348 | | 7 |
| 114. | 13435 | | 1 |
| 115. | 10831 | | 1 |
| 116. | 14430 | | 2c, 8c |
| 117. | 7788 | | 2d |
| 118. | 20551 | | 1, 2g |
| 119. | 20550 | | 1, 2g |
| 120. | 7665 | | 1 |
| 121. | 14968 11373 | | 1 |
| 122. | 5769 | | 2d, 6a, 8a, 8c |
| 123. | 7658 | | 1 |
| 124. | 14164 | | 4d |

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 125. | 13589 | | 1 |
| 126. | 20370 | | 1, 2g |
| 127. | 14123 | | 7 |
| 128. | 8986 | | 1 |
| 129. | 6601 | | 2g |
| 130. | 7870 | | 6a |
| 131. | 13846 | | 9 |
| 132. | 13819 | | 2b, 2c, 2d |
| 133. | 5869 | | 1 |
| 134. | 14925 | | 1, 9 |
| 135. | 12943 | | 1, 9, 10 |
| 136. | 10158 | | 9 |
| 137. | 14679 | | 9 |
| 138. | 8443 | | 9 |
| 139. | 13425 | | 2d |
| 140. | 6600 | | 2g |
| 141. | 12389 | | 1 |
| 142. | 10878 | | 9b |
| 143. | 2557 | | 1 |
| 144. | 11507 | | 4c |
| 145. | 14493 | | 1 |
| 146. | 20260 | | 2d |
| 147. | 8243 | | 4b |

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 148. | 6115 | | Duplicate Tab #223 |
| 149. | 6116 | | 2d, 3c, 3e |
| 150. | 5320 | | Duplicate Tab #396 |
| 151. | 14219 | | 9 |
| 152. | 13441 | | 9 |
| 153. | 10647 | | 3f |
| 154. | 20305 | | 9 |
| 155. | 10089 | | 1 |
| 156. | 13819 | | Duplicate Tab #132 |
| 157. | 12990 | | 2b, 2d |
| 158. | 10087 | | 9 |
| 159. | 20490 | | 1, 2g |
| 160. | 12012 | | 1, 10 |
| 161. | 13836 | | 1, 8b, 10 |
| 162. | 7381 | | 4b |
| 163. | 12959 | | 1 |
| 164. | 14473 | | 9, 10 |
| 165. | 9355 | | 1 |
| 166. | 9353 | | 1 |
| 167. | 5890 | | 3f |
| 168. | 5903 | | 2e |
| 169. | 11145 | | 1, 2d, 5 |
| 170. | 12583 | | 9 |

8

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 171. | 12497 | | 9, 6b |
| 172. | 11753 | | 1 |
| 173. | 14557 | | 9 |
| 174. | 3383 | | 9 |
| 175. | 5916 | | 2h, 4b, 6a |
| 176. | 7318 | | 4b, 6a |
| 177. | 7317 | | 4b, 6a |
| 178. | 13674 | | 3b, 8a, 8c |
| 179. | 14048 | | 1 |
| 180. | 12227 12229 12228 | | 4c |
| 181. | 13163 | | 9 |
| 182. | 13679 | | 2d, 2e |
| 183. | 14536 | | Duplicate Tab #20 |
| 184. | 13170 | | 2d, 4c |
| 185. | 7994 | | 3a |
| 186. | 10027 | | 2d |
| 187. | 8371 | | 1, 2d, 10 |
| 188. | 8699 8700 | | 3b, 4e, 10 |
| 189. | 8702 8701 | | 3b, 4e, 10 |
| 190. | 20451 | | 1 |
| 191. | 10229 | | 2d |
| 192. | 8837 | | 4e |

9

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 193. | 6837 | | 3f |
| 194. | 6490 | | Duplicate<br>Tab #42 |
| 195. | 14210 | | 1, 4c |
| 196. | 6981 | | 9 |
| 197. | 8630 | | 1 |
| 198. | 12977 | | 4a, 4e |
| 199. | 10929<br>10979 | | 1, 9 |
| 200. | Blank | | 1, 9 |
| 201. | 8729 | | 10 |
| 202. | 12175 | | 1 |
| 203. | 14665 | | 2f |
| 204. | 13674 | | Duplicate<br>Tab #178 |
| 205. | 8568/9214<br>9313 | | 4c |
| 206. | 11008 | | 3e, 4c |
| 207. | 14700 | | 2b, 3e, 4c, 5 |
| 208. | 12578 | | 4d |
| 209. | 11973 | | 4, 8 |
| 210. | 9973 | | 3a |
| 211. | 12034 | | 1 |
| 212. | 5562<br>13194<br>5740 | | 1 |
| 213. | 12514 | | 1 |

10

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 214. | 14118 | | Duplicate Tab #74 |
| 215. | 13095 | | 1, 3d, 5 |
| 216. | 8670 | | 1, 8a, 8c |
| 217. | 13417 | | 4 |
| 218. | 14639 | | 2c, 2d, 3 |
| 219. | 10652 | | 5, 8 |
| 220. | 13761 | | 2c, 2e, 3b |
| 221. | 6384 | | 1 |
| 222. | 10230 10231 | | 1, 4c, 8 |
| 223. | 6115 6116 | | 2d, 2e, 3c, 3e |
| 224. | 6502 7804 6503 | | 2b, 6 |
| 225. | 9183 | | 9 |
| 226. | 15000 15001 | | 2b |
| 227. | 11249 | | 1, 5, 8a, 8b, 8c, 9 |
| 228. | 14745 | | 3a |
| 229. | 11236 | | 4 |
| 230. | 12519 | | 4 |
| 231. | 5580 | | 4c |
| 232. | 8336 | | 2c, 2d, 2e, 3, 3e |
| 233. | 6733 | | 2d, 2e, 4a, 4e, 6 |
| 234. | 13307 | | Duplicate Tab 12 |
| 235. | Blank | | |

DMWEST #11486543 v1

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 236. | 14099 | | 3a |
| 237. | 13394 | | 2e, 3e, 4c, 8c |
| 238. | 13275 | | 2c, 2d. 2e, 3a, 7 |
| 239. | 14603 | | 1, 3f |
| 240. | 14097 | | 2c, 3a, 3b, 3c, 5, 8a, 8b, 9 |
| 241. | 14840 | | 3a |
| 242. | 12803 | | 3b, 9 |
| 243. | 20199 | | 9 |
| 244. | 20198 | | 9 |
| 245. | 20533 | | 9 |
| 246. | 9376 | | Duplicate Tab 102 |
| 247. | 11690 | | 2a, 3b |
| 248. | 14578 | | 2a, 3b |
| 249. | 7381 | | Duplicate Tab #162 |
| 250. | 10969 | | 8c |
| 251. | 14200 | | 1 |
| 252. | 14201 | | 1 |
| 253. | 6873 | | 1 |
| 254. | 14218 | | 1 |
| 255. | 7975 | | 3c |
| 256. | 6006 3164 | | 3c |
| 257. | 7184 | | 4b |

12

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 258. | 9376 | | Duplicate Tab #102 |
| 259. | 13512 | | 9 |
| 260. | 8360 8361 | | 3e, 5, 10 |
| 261. | 13367 13368 | | 5, 2d |
| 262. | 6955 | | 4b, 6a |
| 263. | 6452 | | 1, 10 |
| 264. | 14873 | | 2c, 3a |
| 265. | 12646 | | 3a, 6a, 7 |
| 266. | 12044 | | 4b |
| 267. | 12043 | | 4b |
| 268. | 9249 | | 1 |
| 269. | 13795 | | 9 |
| 270. | 13594 | | 3d, 7 |
| 271. | 10022 | | Duplicate Tab #287 |
| 272. | 8829 | | 1 |
| 273. | 12386 | | 2d, 2e |
| 274. | 12387 | | 2d, 2e |
| 275. | 14440 | | 2g |
| 276. | 13512 | | Duplicate Tab #259 |
| 277. | 12261 | | 1, 3a |
| 278. | 11197 | | 2d, 6a |
| 279. | 12364 | | 7 |

13

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 280. | 12953<br>12954 | | 2c, d |
| 281. | 12044 | | Duplicate<br>Tab #266 |
| 282. | 12043 | | Duplicate<br>Tab #267 |
| 283. | 6119<br>6120-6123 | | Duplicate<br>Tab #323 |
| 284. | 13730 | | 4b |
| 285. | 8188 | | 4c |
| 286. | 14187 | | 2d, 3a |
| 287. | 10022 | | ? |
| 288. | 9871 | | 2d |
| 289. | 13563 | | 3d |
| 290. | 6051 | | 3a, 8a |
| 291. | 14554 | | 1, 3e |
| 292. | 14441 | | 1, 3e |
| 293. | 7349 | | 1 |
| 294. | 14765/14778<br>14778<br>14764 | | 2c, 9a |
| 295. | 6115<br>6116 | | 3c, 3e |
| 296. | 6600<br>6601 | | 9 |
| 297. | 13307 | | Duplicate<br>Tab #12 |
| 298. | 7564 | | 9 |
| 299. | 14097 | | 2a, 2d, 2e, 2g |

14

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 300. | 11249 | | Duplicate Tab #227 |
| 301. | 5525 | | Duplicate Tab #1 |
| 302. | 14808 | | 3a, 10 |
| 303. | 14639 | | 2c, 2d |
| 304. | 14603 | | 5, 9 |
| 305. | 13095 | | 3a |
| 306. | 12501 | | 3a |
| 307. | 6236 | | 2d, 4b |
| 308. | 6557 6180 | | 3c, 3f, 5, 6a, 7 |
| 309. | Not listed | | 2g |
| 310. | 14995 | | 2b |
| 311. | 20142 | | 2d |
| 312. | 14385 | | 2b, 2d |
| 313. | 7487 | | 1, 4c, 4e |
| 314. | 13969 | | 2a, 2d, 3e |
| 315. | 9340 | | 9 |
| 316. | 13470 | | 1 |
| 317. | 5952 | | 1 |
| 318. | 7924 | | Duplicate Tab # 35 |
| 319. | 12502 | | 2a, 2c |
| 320. | 12435 | | 2d, 7 |
| 321. | 8188 | | Duplicate Tab #285 |

15

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 322. | 13730 | | Duplicate Tab #284 |
| 323. | 6119 | | 2e |
| 324. | 12043 | | Duplicate Tab #267 |
| 325. | 12044 | | Duplicate Tab #266 |
| 326. | 12364 | | Duplicate Tab #279 |
| 327. | 12953 | | Duplicate Tab #280 |
| 328. | 14943 14882 | | 2a, 2c, 9a |
| 329. | 14834 | | 9a, 2b, 2c |
| 330. | 12905 12895 | | 3, 4e |
| 331. | 10276 10552 10275 | | 1, 9 |
| 332. | 14127 | | 9 |
| 333. | 20537 20538 | | 2a, 2b, 9 |
| 334. | 7281 | | 4b |
| 335. | 13826 13648 | | 2a, 8b, 9a |
| 336. | 8535 | | 1 |
| 337. | 13501 | | 1 |
| 338. | 4091 | | 1 |
| 339. | 5844 | | 1 |
| 340. | 8847 | | 1 |
| 341. | 7584 13138 | | 2f, 3a |

16

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 342. | 8670 | | Duplicate Tab #216 |
| 343. | 9871 | | Duplicate Tab #288 |
| 344. | 9176 | | 3a, 4e |
| 345. | 6610 | | 2d, 2e, 3a, 4b, 4e |
| 346. | 5826<br><br>9572 | | 3f |
| 347. | 6255<br>6184 | | 4e |
| 348. | 6697 | | 1, 4c |
| 349. | 14636 | | 3d |
| 350. | 14544 | | 3a |
| 351. | 14811<br>12992 | | 4a, 4c |
| 352. | 6255<br>6184 | | Duplicate Tab #347 |
| 353. | 11788 | | 2d, 2g, 7 |
| 354. | 7120 | | 3f, 4b |
| 355. | 14946<br>14947 | | 2b, 6a |
| 356. | 12054 | | 4c |
| 357. | 13008 | | 1, 4c |
| 358. | 6180<br>6557 | | Duplicate Tab #308 |
| 359. | 13649 | | 6b, 9a, 10 |
| 360. | 13723<br>13636 | | 2a, 2b, 4a, 6b, 7, 8a |
| 361. | 14890<br>13246<br>13247 | | 5, 9 |

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 362. | 12104 | | 7 |
| 363. | 8044<br>8045 | | 2c, 3c |
| 364. | 9532 | | 1 |
| 365. | 14293 | | 1 |
| 366. | 11056<br>12584 | | 4b, 4c, 6a |
| 367. | 6465 | | 4b, 4c |
| 368. | 14793<br>14794 | | 2a, 2b, 3a |
| 369. | 7759 | | 7 |
| 370. | 14995 | | Duplicate<br>Tab #310 |
| 371. | 13394 | | Duplicate<br>Tab #237 |
| 372. | 9445 | | 3a, 10 |
| 373. | 9920 | | 3e, 4c |
| 374. | 14440 | | Duplicate<br>Tab #275 |
| 375. | 20259 | | 1 |
| 376. | 8757 | | 1 |
| 377. | 6200 | | 4c, 6a |
| 378. | 12364 | | Duplicate<br>Tab #279 |
| 379. | 7585 | | 2, 6a, 10 |
| 380. | 6646 | | 1, 4c |
| 381. | 14049 | | 1 |
| 382. | 12816 | | 4d, 7 |

DMWEST #11486543 v1

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 383. | 10977 | | 1, 10 |
| 384. | 14974 | | 2b, 4c |
| 385. | 14944 | | 2b, 3f |
| 386. | 12963 | | 2d |
| 387. | 14834 | | Duplicate Tab #329 |
| 388. | 9461 | | 10 |
| 389. | 9286 | | 5 |
| 390. | 7232 7252 | | 1 |
| 391. | 8539 | | 2d |
| 392. | 13979 | | 1, 2b, 5, 7 |
| 393. | 6254 | | 4b, 4c, 6a |
| 394. | 9332 7488 | | 8a, 10 |
| 395. | 9332 7488 | | Duplicate Tab #394 |
| 396. | 5320 | | 5 |
| 397. | 20259 | | Duplicate Tab #375 |
| 398. | 6610 | | Duplicate Tab #345 |
| 399. | 5769 | | Duplicate Tab #122 |
| 400. | 7045 | | 1, 7 |
| 401. | 7358 | | 4b, 6a |
| 402. | 12551 | | 4d, 7 |

19

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 403. | 12552 | | 4d, 7 |
| 404. | 6874 | | 2d, 9 |
| 405. | 2905 | | 9, 10 |
| 406. | 6037 | | 4c, 6a |
| 407. | 11532 | | 2a, 6a |
| 408. | 13641 | | 9 |
| 409. | 13394 | | Duplicate Tab #237 |
| 410. | 12453 12359 | | 2d |
| 411. | 12452 12358 | | 2d |
| 412. | 12455 12392 | | 3a |
| 413. | 7165 7164 | | 1 |
| 414. | 14993 | | 2b |
| 415. | 11107 | | 7, 8a, 10 |
| 416. | 10498 20112 8182 | | 2c, 2e, 3a |
| 417. | 11998 13947 13948 11999 | | 1 |
| 418. | 5910 | | 2e, 5 |
| 419. | 8301 | | 3c, 4b |
| 420. | 9722 | | 1, 10 |
| 421. | 12332 | | 3a, 3c, 4a, 4b |
| 422. | 9397 9276 | | 4c, 6a |

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 423. | 7191<br>7192 | | 9 |
| 424. | 7924 | | Duplicate<br>Tab #35 |
| 425. | 12866 | | 2a, 2d |
| 426. | 9585<br>9584 | | 3a, 10 |
| 427. | 10528<br>20113<br>10527 | | 3a |
| 428. | 13046 | | 1 |
| 429. | 7993 | | 1 |
| 430. | 14591 | | 1, 5 |
| 431. | 14812 | | 2e, 3a, 3b,8a |
| 432. | 6312 | | 6a |
| 433. | 8053 | | 2d, 4c |
| 434. | 14929 | | 1, 2a, 2b |
| 435. | 13579 | | 2d, 3a |
| 436. | 13231 | | 2d, 3a |
| 437. | 14434 | | 2a, 2d, 9 |
| 438. | 8945<br>8944 | | 2d, 3c, 5, 7 |
| 439. | 9041 | | 2d, 2g |
| 440. | 9042 | | 2g |
| 441. | 10498<br>20112<br>8182 | | Duplicate<br>Tab #416 |
| 442. | 13734 | | 1 |

DMWEST #11486543 v1

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 443. | 14397 | | 5 |
| 444. | 11173 | | 7 |
| 445. | 11172<br>11171 | | 7 |
| 446. | 13227 | | 2a, 2d |
| 447. | 13231 | | Duplicate<br>Tab #436 |
| 448. | 13579 | | Duplicate<br>Tab #435 |
| 449. | 11015 | | 3a |
| 450. | 14014 | | 7 |
| 451. | 11654<br>11655 | | 2a, 2d |
| 452. | 11767 | | 3a, 6a, 7 |
| 453. | 14188 | | Duplicate<br>Tab #33 |
| 454. | 6697 | | Duplicate<br>Tab #348 |
| 455. | 3405<br>12047 | | 3a, 3b, 6b |
| 456. | 13400 | | 3a, 4b |
| 457. | 13401 | | 3a, 4b |
| 458. | 9325 | | 3a, 5 |
| 459. | 9326 | | 3a. 5 |
| 460. | 5731<br>13862<br>12579 | | 3a, 5, 6b, 8a |
| 461. | 11562 | | 2d, 8a |

DMWEST #11486543 v1

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 462. | 10467<br>10466<br>12155<br>8074<br>10469<br>20437<br>20438 | | 3b, 3c, 8a, 9 |
| 463. | 6119 | | Duplicate<br>Tab #323 |
| 464. | 12043 | | Duplicate<br>Tab #267 |
| 465. | 12044 | | Duplicate<br>Tab #266 |
| 466. | 12953 | | Duplicate<br>Tab #280 |
| 467. | 12954 | | 3a |
| 468. | 12364 | | Duplicate<br>Tab #279 |
| 469. | 7909 | | 4e |
| 470. | 13088 | | 2d, 3b |
| 471. | 4136 | | 4c |
| 472. | 6207<br>7038 | | 4b |
| 473. | 14719<br>8947 | | 2c, 3a, 3c |
| 474. | 8948 | | 2c, 3a, 3c |
| 475. | 9722 | | 1, 10 |
| 476. | 3311<br>3445 | | 3a |
| 477. | 14812 | | Duplicate<br>Tab #431 |
| 478. | 11939<br>11939<br>9021 | | 2c, 2d, 3a, 6a |
| 479. | 11937 | | 2c, 2d, 3a, 6a |
| 480. | 11938 | | 2c, 2d, 3a, 6a |

23

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 481. | 11940<br>9021 | | 2c, 2d, 3a, 6a |
| 482. | 20101<br>20102 | | 2c, 2d, 3a, 6a |
| 483. | Blank | | |
| 484. | 14946<br>14947 | | Duplicate<br>Tab #355 |
| 485. | 3069 | | 4c |
| 486. | 7951 | | 3a, 6a |
| 487. | 11210 | | 4c |
| 488. | 8190 | | 4a, 4b |
| 489. | 12332 | | Duplicate<br>Tab #421 |
| 490. | 7941 | | 2g |
| 491. | 8505<br>5810<br>6028 | | 3a, 4c |
| 492. | 11823 | | 4c, 9 |
| 493. | 6040<br>6020<br>9483<br>8465 | | 4c |
| 494. | 13970 | | 2a, 2d, 5 |
| 495. | 8903 | | 4c, 6a |
| 496. | 2956 | | 2g, 3a, 3b, 5, 7, 9 |
| 497. | 13591<br>6410<br>13592 | | 3a |
| 498. | 13212<br>13211 | | 2a, 3b |
| 499. | Blank | | |
| 500. | 10125 | | 4c |

24

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 501. | 9584<br>9585 | | Duplicate<br>Tab #426 |
| 502. | 12525<br>12526 | | 7 |
| 503. | 6145 | | 2d, 4b |
| 504. | 11170 | | 2d, 4c |
| 505. | 10550 | | 4c |
| 506. | 5785 | | 9, 10 |
| 507. | 5320 | | Duplicate<br>Tab #396 |
| 508. | 11848 | | 2d, 3a |
| 509. | 13363<br>13364 | | 3a |
| 510. | 13391<br>13392 | | 3a |
| 511. | 14883 | | 2c, 2d |
| 512. | 10124<br>10125 | | 2d, 4c |
| 513. | 12653 | | 4d, 10 |
| 514. | 12554 | | 4d, 10 |
| 515. | 11788 | | Duplicate<br>Tab #353 |
| 516. | 13622 | | 2a, 2d |
| 517. | 12244 | | 3a |
| 518. | 14341 | | 2c, 3a, 6a |
| 519. | 12066 | | 4b |
| 520. | 14189<br>13966 | | 3b, 3d, 5, 6a |
| 521. | 10321 | | 4c |

25

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 522. | 6723<br>6724<br>6725 | | 4b |
| 523. | 12067 | | 4c |
| 524. | 9585<br>9584 | | Duplicate<br>Tab #426 |
| 525. | 12265 | | 2d |
| 526. | 10350 | | 9 |
| 527. | 11477 | | 4b |
| 528. | 12066 | | Duplicate<br>Tab #519 |
| 529. | 11929 | | 4b |
| 530. | 12403 | | 2d |
| 531. | 12404 | | 2d |
| 532. | 14628 | | 1, 9 |
| 533. | 4180 | | 4b |
| 534. | 5511<br>5678 | | 4b |
| 535. | 5343<br>11377 | | 4b |
| 536. | Blank | | |
| 537. | 14950 | | 9 |
| 538. | 13705 | | 2a, 2d |
| 539. | 13344 | | 2d, 9 |
| 540. | 14041 | | 2d, 9 |
| 541. | 13046 | | Duplicate<br>Tab #428 |
| 542. | 12652 | | 1 |
| 543. | 11202 | | 2d, 4a, 6a |

26

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 544. | 8225 | | 2d, 4c |
| 545. | 13853 | | 3a |
| 546. | 5910 | | Duplicate Tab #418 |
| 547. | 7645 7644 | | 3a |
| 548. | 12125 | | 2d |
| 549. | 14883 | | 2c, 2d |
| 550. | 9225 9215 | | 1, 9 |
| 551. | 12554 | | Duplicate Tab #514 |
| 552. | 10567 | | 3a, 10 |
| 553. | 2951 | | 4c, 9 |
| 554. | 6436 7101 | | 9 |
| 555. | 13579 | | Duplicate Tab #435 |
| 556. | 14434 | | Duplicate Tab #437 |
| 557. | 14876 | | 2d |
| 558. | 14474 | | 2a, 2d, 3a, 5 |
| 559. | 14395 | | 2d, 3d, 9 |
| 560. | 11620 | | 1 |
| 561. | 6834 | | 2d, 4a, 9 |
| 562. | 7328 | | 9 |
| 563. | 14310 | | 2d, 6a |
| 564. | 8551 8606 | | 4c |

DMWEST #11486543 v1

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 565. | 14726 | | 2c |
| 566. | 10316 | | 4c |
| 567. | 6236 | | Duplicate Tab #307 |
| 568. | 11510 | | 3a |
| 569. | 6388 | | 3a |
| 570. | 6773 | | 3a |
| 571. | 10703 | | 3a, 6a, 10 |
| 572. | 9829 | | 9 |
| 573. | 10850 | | 3a, 4c, 6a |
| 574. | 12847 9472 | | 3a, 9 |
| 575. | 10622 | | 1 |
| 576. | 20225 | | 2a, 9 |
| 577. | 11056 | | Duplicate Tab #366 |
| 578. | 9751 | | 4c |
| 579. | 9571 | | 4b |
| 580. | 8530 | | 4b, 6a, 10 |
| 581. | 14528 | | 9 |
| 582. | 11097 | | 1 |
| 583. | 14597 | | 2b, 3a, 10 |
| 584. | 14046 | | 3a |
| 585. | 12188 | | 3a |
| 586. | 20147 | | 4e |

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 587. | 14732<br>14870 | | 5, 9 |
| 588. | 13036 | | 10 |
| 589. | 9383<br>9382 | | 4c |
| 590. | 7898<br>8957 | | 4c |
| 591. | 12026 | | 2d, 3c |
| 592. | 12026 | | 5, 9 |
| 593. | 9586 | | 4b |
| 594. | 9587 | | 4b |
| 595. | 13995 | | 1 |
| 596. | 11943 | | 1 |
| 597. | 14395 | | Duplicate<br>Tab #559 |
| 598. | 8563 | | 4b |
| 599. | 7907 | | 2d |
| 600. | 13560 | | 2d, 3a, 4c |
| 601. | 11812 | | 2d, 3a |
| 602. | 11811 | | 2d, 3a |
| 603. | 3821<br>5784 | | 3a, 9, 10 |
| 604. | 14785 | | 2d, 3d |
| 605. | 14786<br>14787 | | 2d, 3d |
| 606. | 7831 | | 3a, 4b, 4c |
| 607. | 7997 | | 3a, 3b, 4c |
| 608. | 13977 | | 4c |

29

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 609. | 11210 | | 4c |
| 610. | 9479 | | 4b |
| 611. | 7963 | | 2d, 4c |
| 612. | 9414 | | 4c |
| 613. | 12177 | | 2d |
| 614. | 13353<br>13352 | | 9 |
| 615. | 10749 | | 1, 9 |
| 616. | 14066 | | 1, 9 |
| 617. | 11716 | | 2d |
| 618. | 10124 | | Duplicate<br>Tab #512 |
| 619. | 14234 | | 4d |
| 620. | 8355 | | 7, 9 |
| 621. | 6161 | | 9 |
| 622. | 13487 | | 2a, 3c, 8b |
| 623. | 7972 | | 4c |
| 624. | 12999<br>13000<br>14928 | | 8a, 9 |
| 625. | 14881 | | 2a, 2b, 9 |
| 626. | 6161 | | Duplicate<br>Tab #621 |
| 627. | 10406 | | 2d, 3e, 4c, 4e, 9 |
| 628. | 7694<br>7486 | | 2d, 3a |
| 629. | Not listed | | 1, 6a |

30

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 630. | 14970 | | 2b |
| 631. | 9862 | | 1 |
| 632. | 6644 | | 2d, 8, 9 |
| 633. | 15013<br>14934 | | 2d, 2h, 6a, 7 |
| 634. | 9745 | | 4c, 4e |
| 635. | 14083<br>14082 | | 7, 8a |
| 636. | 14106 | | 1, 9 |
| 637. | 12081 | | 2d, 2e, 3a, 6b, 7, 9 |
| 638. | 7096 | | 4c, 4e, 6a |
| 639. | 5970<br>12065<br>13934 | | 1, 9 |
| 640. | 14913 | | 2d, 3c, 5 |
| 641. | 10022 | | Duplicate<br>Tab #287 |
| 642. | 7096 | | Duplicate<br>Tab #638 |
| 643. | 13115 | | 3a, 9 |
| 644. | 12936 | | 2d, 9 |
| 645. | 5764 | | 3c, 3f |
| 646. | 6117<br>6118 | | 2f |
| 647. | 11431<br>14910<br>20452 | | 4b, 4c |
| 648. | 10877<br>10881 | | 2d, 4e, 9, 10 |
| 649. | 9538 | | 2d, 2e |
| 650. | 13986 | | 1 |

31

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 651. | 13146 | | 2d |
| 652. | 14409 | | 7 |
| 653. | 14924 | | 2b, 2c, 3d |
| 654. | 2951 | | Duplicate Tab #553 |
| 655. | 8053 | | Duplicate Tab #433 |
| 656. | 13547 14711 | | 2b, 3a, 9 |
| 657. | Not listed | | 3a, 8a, 8b, 10 |
| 658. | Not listed | | 3a, 8a, 8b, 10 |
| 659. | Not listed | | 3a, 8a, 8b, 10 |
| 660. | 20024 | | 7, 9 |
| 661. | 13228 | | 1 |
| 662. | 10710 | | 2d, 4c, 4e, 9b |
| 663. | 13597 | | 2d, 3a |
| 664. | 8067 | | 4c |
| 665. | 11056 | | Duplicate Tab #366 |
| 666. | 7153 | | 2d, 9 |
| 667. | 13504 10460 | | 7, 9b |
| 668. | 8481 12993 | | 4c |
| 669. | 11864 | | 2d, 3a |
| 670. | 8481 | | Duplicate Tab #668 |
| 671. | 13078 | | Duplicate Tab #63 |
| 672. | 6845 | | 3a, 4c, 5, 7, 8a, 8b |

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 673. | 13198<br>20362<br>20343<br>13199<br>20349<br>20554 | | 2a, 2c, 2d |
| 674. | Not listed | | 9 |
| 675. | 14494 | | 3f, 5, 9 |
| 676. | 14518 | | 2d, 3a, 9b |
| 677. | 13108 | | 2d |
| 678. | 13262 | | 2d, 3a, 9 |
| 679. | 8000 | | 2f, 4b, 9 |
| 680. | 6565<br>6566 | | 3a, 3e, 9 |
| 681. | 13191 | | 2d |
| 682. | 14352 | | 2e, 3a |
| 683. | 11013 | | 4b, 6a |
| 684. | 8002<br>8003 | | 2d, 3a, 8b, 10 |
| 685. | 7995<br>8108 | | 2b, 3b, 5, 6b, 9 |
| 686. | 9450 | | 3a, 3f |
| 687. | 10919 | | 2d, 9 |
| 688. | Blank | | |
| 689. | 14066 | | Duplicate<br>Tab #616 |
| 690. | 2387 | | 9 |
| 691. | 14882<br>14943 | | Duplicate<br>Tab #328 |

DMWEST #11486543 v1

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 692. | 6845 | | Duplicate Tab #672 |
| 693. | 11854 | | 2a, 2d, 4b, 4c, 5, 6a |
| 694. | 6755 | | 1, 9 |
| 695. | 9695 9682 | | 4c, 4e, 9 |
| 696. | 9153 | | 4c, 9 |
| 697. | 13135 | | 2d, 3a, 10 |
| 698. | 5810 8505 6028 | | Duplicate Tab #491 |
| 699. | 11945 | | 2d, 9 |
| 700. | 11267 20302 | | 3a |
| 701. | 6436 7101 | | Duplicate Tab #554 |
| 702. | 14440 | | Duplicate Tab #275 |
| 703. | 7619 | | 2g |
| 704. | 7995 8108 | | Duplicate Tab #685 |
| 705. | 2387 | | Duplicate Tab #690 |
| 706. | 7902 | | 3c, 4b |
| 707. | 13154 | | 2f |
| 708. | 6039 6012 6038 6011 | | 4b, 4c, 6a |
| 709. | 13262 | | Duplicate Tab #678 |
| 710. | 7927 | | 3a, 10 |

DMWEST #11486543 v1

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 711. | 14021 | | 1 |
| 712. | 12766 | | 1 |
| 713. | 11864 | | Duplicate Tab #669 |
| 714. | 15005 | | 2b |
| 715. | 14225 | | 2d, 10 |
| 716. | 11995 7146 9244 14315 6245 5750 | | 3a, 4c, 6b, 8a |
| 717. | 1119 2823 11601 5757 | | 2g, 6b, 8a, 9 |
| 718. | 7290 14255 5732 | | 3a, 6b, 8 |
| 719. | 11929 | | Duplicate Tab #529 |
| 720. | Not listed | | 9 |
| 721. | 3073 (?) 12122 (yes) | | 1, 4c |
| 722. | 14881 | | Duplicate Tab #625 |
| 723. | 11366 | | 3b, 4c |
| 724. | 11674 | | 2a, 2d, 3a |
| 725. | 2907 2925 | | 4c |
| 726. | 8512 8513 | | 2a, 9 |

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 727. | 13298<br>13302 | | 7, 9 |
| 728. | 11559 | | 2a, 2c, 2d |
| 729. | 8512<br>8513 | | Duplicate<br>Tab #726 |
| 730. | 13033 | | 3a, 9 |
| 731. | 20174 | | 2a, 9 |
| 732. | 11878 | | 2d, 6a |
| 733. | 10625 | | 2a, 2d |
| 734. | 7897 | | 4c, 6a |
| 735. | 6932<br>6934<br>6930<br>14161<br>14159<br>14160<br>11747<br>11907<br>11909<br>11908<br>11898<br>11900<br>11748<br>11899<br>11860<br>6933<br>6935<br>11904<br>11903<br>11745<br>11897<br>11902<br>11707<br>11160<br>11896<br>11901<br>6931 | | 2d. 3a. 3b, 4c, 6a |

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| | 11746<br>11905<br>11895<br>11906 | | |
| 736. | 13006 | | 3b, 3c, 5, 9 |
| 737. | 8606 | | 4c |
| 738. | 12435 | | Duplicate<br>Tab #320 |
| 739. | 2387 | | Duplicate<br>Tab #690 |
| 740. | 12542 | | 2d, 2e, 6b |
| 741. | 9680 | | 1 |
| 742. | 12018<br>12017 | | 3c, 4c |
| 743. | 20352 | | 2a, 2d |
| 744. | 14669 | | 2a, 2b, 3a |
| 745. | 11191 | | 2d, 2g, 3b, 5, 6b |
| 746. | Not listed | | 2d, 2g, 3b, 5, 6b |
| 747. | 13036 | | Duplicate<br>Tab #588 |
| 748. | Not listed | | 2d, 2g, 3b, 5, 6b |
| 749. | 8455 | | 4c |
| 750. | 14579 | | 1 |
| 751. | Not listed | | 9 |
| 752. | 12513 | | 2a |
| 753. | 14288<br>14289 | | 7 |
| 754. | 10008 | | 3f, 9 |
| 755. | 6735 | | 4b, 6a |

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 756. | 7437<br>7436<br>7123<br>7066<br>8003<br>8002<br>8059<br>8058<br>8064<br>8065<br>12054<br>Not listed<br>Not listed<br>9134<br>11071<br>10380<br>11512<br>7148<br>13234<br>9141<br>9174<br>9175<br>9152<br>7150 | | 2c |
| 757. | Not listed | | Duplicate<br>Tab #746 |
| 758. | 8956 | | 9 |
| 759. | 14683 | | 2a, 2d, 3a, 8 |
| 760. | 12117 | | 2d |
| 761. | 11858<br>12113 | | 2d, 4a |
| 762. | 11133 | | 2d |
| 763. | 10104 | | 4c, 10 |
| 764. | Not listed<br>Not listed | | 1, 7 |
| 765. | 7598 | | 10 |
| 766. | 12846 | | 3d |

38

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 767. | 14363 | | 3d |
| 768. | Blank | | |
| 769. | 11470 | | 3a, 3b |
| 770. | 6283 | | 3a |
| 771. | 6621 | | 2d |
| 772. | 6440 | | 2d |
| 773. | 7642<br>7643<br>7590<br>7589 | | 4c |
| 774. | 11867 | | 3a, 3b |
| 775. | 11680 | | 3a, 3b |
| 776. | 9758 | | 3a |
| 777. | 13217 | | 3b, 3c, 5 |
| 778. | 11797 | | 2d, 3a, 8b |
| 779. | 11839 | | 4c |
| 780. | 14091 | | 1 |
| 781. | 10358 | | 2d, 5 |
| 782. | 11837<br>11838 | | 9 |
| 783. | 8739 | | 4c |
| 784. | 9714 | | 5, 9 |
| 785. | 9381 | | 4c |
| 786. | 8976 | | 4c |
| 787. | 8975 | | 4c |
| 788. | 12444 | | 1 |

DMWEST #11486543 v1

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 789. | 13814<br>13007 | | 3b, 5 |
| 790. | 11248 | | 3a, 3f |
| 791. | 11247 | | 3a, 3f |
| 792. | 10264<br>12781 | | 3b, 7 |
| 793. | 10262 | | 3b, 7 |
| 794. | 10264 | | Duplicate<br>Tab #792 |
| 795. | 13108 | | 2d |
| 796. | Blank | | |
| 797. | Blank | | |
| 798. | 13909 | | 9 |
| 799. | 10385<br>20097<br>20138 | | 2d, 2g, 3b, 5 |
| 800. | 10384 | | 2a, 3a, 3b |
| 801. | 7425 | | 9 |
| 802. | 9555 | | 8 |
| 803. | 9458 | | 8b |
| 804. | 12437 | | 2d |
| 805. | 10293 | | 1 |
| 806. | 7366 | | 5, 10 |
| 807. | 11714 | | 3a, 3b, 5, 8a |
| 808. | 10662 | | 2a, 2d |
| 809. | 8841 | | 4c |
| 810. | 20399 | | 2g |

DMWEST #11486543 v1

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 811. | 11254 | | 4c |
| 812. | 11450 | | 9 |
| 813. | 9658 | | 7 |
| 814. | 9559 | | 9 |
| 815. | 11878 | | Duplicate Tab #732 |
| 816. | 9602 | | 4b |
| 817. | 5887 | | 9 |
| 818. | Not listed | | Duplicate Tab #720 |
| 819. | 12221 | | 1 |
| 820. | 12058 | | 9 |
| 821. | 13270 | | 3, 4e, 8c |
| 822. | 3151 | | 9 |
| 823. | 8566 13684 | | 5 |
| 824. | 5639 | | 4c, 9 |
| 825. | 13107 | | 1, 5, 7, 9 |
| 826. | 11442 | | 9 |
| 827. | 6069 | | 9b, 10 |
| 828. | 20404 | | 4a, 4c |
| 829. | 13867 | | 3a, 10 |
| 830. | 13036 | | 1, 8b, 8c, 9a, 10 |
| 831. | 8315 | | 2d, 2e, 9 |

DMWEST #11486543 v1

| Response No. | Client Account No. | | Category |
|---|---|---|---|
| 832. | 9084<br>11866 | | 2d, 2e |
| 833. | 13131<br>13132 | | 2d, 2e, 9, 10 |
| 834. | 12057 | | 9 |
| 835. | 12719 | | 9 |

DMWEST #11486543 v1