# EXHIBIT H

**AMERICAN PENSION SERVICES, INC. AND AMERICAN PENSION 401K SERVICES, INC.**
**Business Operating Cash Receipts and Disbursements**
**For the Period April 24, 2014 through March 31, 2018**

| | | |
|---|---|---:|
| Beginning Cash Balance | $ | 129,251.80 |
| Cash Receipts | | |
| Business Revenue | | 3,614,392.27 |
| Transfer of Funds from Trust Account | | 365,000.00 |
| Transfers from Related Companies | | 57,742.13 |
| Sale of Property | | 367,897.30 |
| Insurance Proceeds | | 405,000.00 |
| Transition Services Fee | | 1,050,000.00 |
| Legal Settlements | | 200,377.45 |
| Total Cash Receipts | | 6,060,409.15 |
| Cash Disbursements | | |
| Appraisal Fees | | 7,365.00 |
| Auto Expense - Employee | | 1,817.63 |
| Bank Charges | | 65,515.15 |
| Building Rent | | 67,793.46 |
| Comcast Internet Services | | 2,661.11 |
| Computer Software | | 5,740.26 |
| Computer Support Services | | 30,095.48 |
| Contract Labor | | 87,902.25 |
| Copier Expense | | 3,383.76 |
| Credit Card Processing | | 5,822.51 |
| Document Disposal | | 2,598.64 |
| Employee 401(k) Program | | 45,881.80 |
| Employee Comp.-401K Services | | 104,678.20 |
| Employee Compensation & Taxes | | 360,040.43 |
| Equipment Leases | | 25,315.20 |
| General Telephone | | 32,004.49 |
| Guard Services | | 42,437.50 |
| Health Insurance | | 33,251.08 |
| Insurance Expense | | 6,921.75 |
| Interest Expense | | 3,179.33 |
| Internet Research Fee | | 451.00 |
| Legal Noticing | | 143,535.09 |
| Licenses & Permits | | 667.90 |
| Litigation Resolution | | 1,673.33 |
| Meals & Entertainment | | 5,487.86 |
| Mediation Services | | 7,687.50 |
| Miscellaneous Operating Expense | | 5,743.17 |
| Office supplies | | 14,117.23 |
| Outside Contracting Services | | 23,043.10 |
| Postage | | 25,874.25 |
| Printing Expenses | | 10,264.27 |

**AMERICAN PENSION SERVICES, INC. AND AMERICAN PENSION 401K SERVICES, INC.**
**Business Operating Cash Receipts and Disbursements**
**For the Period April 24, 2014 through March 31, 2018**

| | |
|---|---:|
| Professional Services | 1,245.00 |
| Repairs & Maintenance | 11,961.33 |
| Storage | 20,767.75 |
| Taxes - Other | 3,556.13 |
| Taxes - Payroll | 3,400.00 |
| Travel Expense - Reimbursement | 552.97 |
| Utilities | 86.01 |
| Web Site Fees | 24,325.84 |
| Total Expenses | 1,238,844.76 |
| | |
| Extraordinary Expenses: | |
| Receivership Fees and Expenses - Note 2 | 4,505,978.57 |
| Total Extraordinary Expenses | 4,505,978.57 |
| | |
| Total Cash Disbursements | 5,744,823.33 |
| | |
| Ending Cash Balance | $ 444,837.62 |

**NOTES:**

Note 1 - The above amounts are cash receipts and disbursements related to the business
operations of American Pension Services, Inc. and American Pension 401k Services, Inc.

Note 2 - Amount includes payment to Durham Jones & Pinegar in the amount of $157,559 for
Curtis DeYoung's legal fees as ordered by the Court.