# EXHIBIT I

**AMERICAN PENSION SERVICES MASTER TRUST ACCOUNT**
**Cash Receipts and Disbursements**
**For the Period April 24, 2014 through March 31, 2018**

| | |
|---|---:|
| Beginning Cash Balance | $ 25,962,173.24 |
| **Cash Receipts** | |
|   Ordinary Client Cash Receipts | |
|     Contributions for Loss Allocation | 6,754,901.95 |
|     401k Loss Allocation Collections | 1,005,507.67 |
|     Contribution | 1,119,475.88 |
|     Gain | 4,273,431.11 |
|     Interest Payments | 7,263,186.97 |
|     Principal Payments | 21,283,162.39 |
|     Rent | 1,723,749.63 |
|     Rollovers | 1,178,696.11 |
|     Assets Sold | 18,030,647.34 |
|     Direct Transfer In | 2,186,306.37 |
|     Dividends | 44,783.44 |
|     Bank Interest | 31,719.31 |
|     Other Rents | 2,400.00 |
|     Other Income | 2,241.51 |
|     Fees Collected | 679.85 |
|   Total Ordinary Client Cash Receipts | 64,900,889.53 |
|   Extraordinary Cash Receipts | |
|     Receivership Settlements and Recoveries | 6,289,253.45 |
|   Total Extraordinary Cash Receipts | 6,289,253.45 |
| Total Cash Receipts | 71,190,142.98 |
| **Cash Disbursements** | |
|   Ordinary Client Cash Disbursements | |
|     Transfer to Equity | 48,946,200.23 |
|     Assets Bought | 28,449,424.02 |
|     Transfer to Operating account | 365,000.00 |
|     Corrections | 664.29 |
|     Early Distribution - exception applies | 321,502.94 |
|     Early Distribution - no exception applies | 371,726.53 |
|     Normal Distribution | 2,863,740.64 |
|     Distribution Charitable Gift Annuity | 14,853.04 |
|     Qualified Distribution Roth IRA | 130,601.37 |
|     Roth IRA Distribution - Exception applies | 59,035.47 |
|     Federal Tax / Premature Distribution | 16,500.00 |
|     Federal Tax / Normal Distribution | 48,724.96 |
|     Expenses | 1,255,563.48 |
|     Fees Paid | 1,977,121.35 |
|     Property Tax | 316,701.03 |
|     Charitable Gift Annuity | 74.36 |
|     Direct Transfer Out | 40,530.96 |
|     Bank Service Charges | 503.50 |
|   Total Ordinary Client Disbursements | 85,178,468.17 |

**AMERICAN PENSION SERVICES MASTER TRUST ACCOUNT**
**Cash Receipts and Disbursements**
**For the Period April 24, 2014 through March 31, 2018**

| | |
|---|---:|
| Extraordinary Disbursements | |
|     Receivership Administrative Costs | 6,126,969.11 |
|     Distribution to Investors | 5,781,951.69 |
|   Total Extraordinary Disbursements | 11,908,920.80 |
| | |
| Total Cash Disbursements | 97,087,388.97 |
| | |
| Ending Cash Balance | $ 64,927.25 |

**Notes:**

Note 1 - Due to the theft of approximately $24.6 million of client funds by the principal of the company, APS clients were assessed a 10% loss allocation to cover the shortfall created by the theft. The 10% loss allocation was paid by clients through cash which already existed in their accounts, through liquidation of assets in their accounts or by contribution of funds to their retirement accounts. The amount shown represents those funds which were contributed by clients to complete payment of their 10% loss allocation.